NANCY E. MILLER, State Bar No. 120031
Reeves Miller Zhang & Diza, A.P.L.C.
2 North Lake Avenue, 9th Floor
Pasadena, California 91101-1871
Tel: (626) 795-6777
Fax: (626) 795-6999
nmiller@rreeves.com

Attorneys for Petitioner

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHELLE FLORES RADOMES ALBANIA<br>Certificate # 12945910<br>A#: 035565071<br><br>Petitioner,<br>v.<br><br>LEON RODRIGUEZ, Director, United States Citizenship And Immigration Services ("USCIS"); THE USCIS; et al<br>Respondents. | NO. 5:15 CV 00682 JGB (SPx)<br><br>JUDGMENT<br><br>Judge: Hon. Jesus G. Bernal<br>Hearing:<br>Time: |

After consideration of the papers in support and in opposition to petitioner's motion for summary judgment, this Court orders summary judgment in favor of petitioner as follows:

1. Petitioner's request to change the date of birth on her certificate of naturalization is granted.

2. Respondents are ordered to issue an amended certificate of naturalization in petitioner's name that reflects her true date of birth, to wit, September 21, 1967.

3. Any and all such other relief as is appropriate and necessary to affect the amendment of the certificate of naturalization.

Dated: April 27, 2017

_____
JESUS G. BERNAL
United States District Judge